# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00871-CV

**Shalanda D. Moore, J.D.; and Joseph R. Willie, II, D.D.S., J.D., Appellants**

**v.**

**Riecke Baumann, Receiver and Master in Chancery, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-012239, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to abate this appeal pending settlement negotiations.  The motion is granted and the appeal is abated until February 18, 2013.  The parties shall submit either a motion to reinstate or a joint status report concerning the status of settlement negotiations no later than February 18, 2013.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   December 19, 2012